No. 915, Misc. HARDEN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1023, Misc. WALLACE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 1120, Misc. GREENE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1152, Misc. DELTENRE v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *Thomas F. McKenna* for petitioner. *Boston E. Witt*, Attorney General of New Mexico, and *Myles E. Flint* and *Paul J. Lacy*, Assistant Attorneys General, for respondent. 

No. 1168, Misc. ANDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 1202, Misc. DOWNEY v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Joseph L. Lyle, Jr.*, for petitioner.

No. 1234, Misc. REESE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.